IN THE SOVEIGNTY OF THE COURT OF JUSTICE                43,586-09
·*******

THE TEXAS COURT OF APPEALS,CRIMINAL APPEALS

    1998-CR-3488    WR-43,586-09        MAY 04,2015

TO THE HONORABLE CLERK OF THE TEXAS COURT OF CRIMINAL APPEALS:ABEL ACOSTA

    Ipreviously forwarded a letter inquiry to you dated April 21,2015, regarding the Motion To Vacate Entry of VOID JUDGMENT properly presented To the 144th Judicial District Court Of Bexar County by Ihe Vehicle of Bexar---The Writ of Habeas Coppus Article 11.07 form. As of this date, May 04,2015, you have not responded. I am exercises of DUE DILIGENCE,I am againinquiring about whether the The Court of Criminal Appeals will receive The Art. 11.07-Motion To Vacate And set Aside Entry of Void Judgment for Proper ruling and adjudication of the Matter in Accordance with Texas Law. The Court denied the Motion For Leave To File Writ of Mandamus,the prerequisite for the Mandamus,which sought to Compel The Trial Court To Forward the Motion to theCourt of Criminal Appeals,SEE WRIT#WR-43,586-09, The Trial Court was IN VIOLATIONS OF TIME restraints imposed by Art.11.07, and This Supreme Texas Criminal Court has acted Blatant disregard for Texas Law, by failing and refusing to uphold Texas Law. Your Prompt reply within seven(7) DAYS OF RECEIVING this letter is Required. YourPrompt failure to respond by May 14,2015 will be regarded as your refusal by and for the Court To Compel the Trial Court To forward the Art.11.07-Motion To Vacate Entry of Void Judgment To The Court of Criminal Appeals for Appropriate DISPOSITION.


                        YaMaEaSa
                          for

                The Strawman:James Rebector

                James Rebector#896933,4D-04B

                Alfred D.Hughes Unit
                Route 2,Box 4400
                Gatesville,Texas 76597
                (254)865-6663,Unit Warden

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk